UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　　Defendants. | Case No.  24-cv-03914-PCP<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On April 28, 2025, the Court dismissed the original complaint because it failed to state a cognizable claim for relief. Dkt. No. 16. The Court granted partial leave to amend. *See id*. The amended complaint was due June 6, 2025, *see id*., but has not been filed, *see generally*, Dkt.

Because Plaintiff failed to amend despite opportunity and a warning of the consequences, this action is **DISMISSED** without prejudice. *See Harris v. Mangum*, 863 F.3d 1133, 1141-42 (9th Cir. 2017) (recognizing propriety of dismissing action where plaintiff failed to amend).

If Plaintiff believes he can state a cognizable claim, he may move to reopen this action. *See* Fed. R. Civ. P. 59, 60. To do this, he must file an amended complaint in accordance with the Court's previous order **and** a motion with the words MOTION TO REOPEN written on the first page.

**IT IS SO ORDERED.**

Dated: July 22, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　P. Casey Pitts
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge